IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE JOHNSON,

    Plaintiff,

v.

MISSION BAY HOUSING PARTNERS, LP, et al.,

    Defendants.

No. C 09-05174 JSW

**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk issue the summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendants.

**IT IS SO ORDERED.**

Dated: February 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE JOHNSON,

    Plaintiff,

  v.

MISSION BAY HOUSING PARTNERS et al,

    Defendant.

                               /

Case Number: CV09-05174 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacqueline Johnson
P.O. Box 2101
San Francisco, CA 94126

Dated: February 1, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk