```
1  Jacqueline Johnson
   P.O. Box 2101
2  San Francisco, CA 94126
   415-409-2704
3  PRO SE

4  Warren Metlitzky (CBN 220758)
   San Francisco City Attorney's Office
5  1390 Market Street, 6th Floor
   San Francisco, CA 94102
6  Phone: 415-554-3916
7  Fax: 415-554-3837
   Email: warren.metlitzky@sfgov.org
8  Attorney for Defendants
```

RECEIVED
2010 APR -5 P 2:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON, | |
| Plaintiff, | Civil Case No. 09-05174-JSW |
| vs. | Honorable Judge Jeffrey S. White |
| MISSION BAY HOUSING PARTNERS, LP, et al., | **JOINT STIPULATION FOR FILING OF FIFTH AMENDED COMPLAINT** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their attorney of record that Plaintiff may file a Fifth Amended Complaint, a copy of which is attached hereto.

Respectfully submitted,

Date: March 26, 2010

*[signature]* Jacqueline Johnson
Jacqueline Johnson
PRO SE

Date: April 5, 2010 ~~March ___, 2010~~

*[signature]*
Warren Metlitzky (CBN 220758)
*Attorney for Defendants*

JOINT STIPULATION FOR FILING OF FIFTH AMENDED COMPLAINT,
CASE NO. C09-05174-JSW, Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE JOHNSON,

    Plaintiff,

vs.

MISSION BAY HOUSING PARTNERS, LP, et al.,

    Defendants.

Civil Case No. 09-05174-JSW

Honorable Judge Jeffrey S. White

[PROPOSED] ORDER GRANTING REQUEST TO FILE FIFTH AMENDED COMPLAINT

The Plaintiff and Defendants through their attorney of record having stipulated to the filing of Plaintiff's Fifth Amended Complaint;

**IT IS HEREBY ORDERED THAT** the parties' request to file the Fifth Amended Complaint is granted.

Dated: April 8, 2010

*Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING REQUEST TO FILE FIFTH AMENDED COMPLAINT;
CASE NO. 09-05174-JSW; PAGE 1 OF 1