IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MISSION BAY HOUSING PARTNERS, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-05174 JSW<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT** |

The plaintiff Jacqueline Johnson ("Johnson") having requested and being in need of counsel to assist him/her in this matter for the purpose of representing her at a settlement conference and good and just cause appearing,

IT IS HEREBY ORDERED that Johnson shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF that an attorney has been located to represent the Johnson, that attorney shall be appointed as counsel for Johnson in this matter for the limited purpose of representing Johnson at a settlement conference.

3. The settlement conference currently scheduled before Magistrate Judge Donna M. Ryu is CONTINUED until counsel is counsel is appointed to represent Johnson. Within two weeks of being appointed, Johnson's counsel shall apply to Magistrate Judge Ryu for a new date for the settlement conference.

**IT IS SO ORDERED.**

Dated: May 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON,<br><br>            Plaintiff,<br><br>  v.<br><br>MISSION BAY HOUSING PARTNERS<br>et al,<br><br>            Defendant._____/ | Case Number: CV09-05174 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jacqueline Johnson
P.O. Box 2101
San Francisco, CA 94126

Dated: May 28, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk