IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE JOHNSON,

    Plaintiff,

v.

MISSION BAY HOUSING PARTNERS, LP, et al.,

    Defendants.

No. C 09-05174 JSW

**ORDER APPOINTING COUNSEL**

Because plaintiff Jacqueline Johnson ("Johnson") has requested and is in need of counsel to assist her in this matter for the purpose of representing her at a settlement conference and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Matthew Ahn and Andrew Monach of Morrison & Foerster LLP are HEREBY APPOINTED as counsel for Johnson for the purpose of representing her at a settlement conference. Within two weeks of the date of this Order, Johnson's counsel shall apply to shall apply to Magistrate Judge Ryu for a new date for the settlement conference.

**IT IS SO ORDERED.**

Dated: July 20, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE