**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10
11   JACQUELINE JOHNSON,                      No. C-09-05174 JSW (DMR)
12            Plaintiff,                      **ORDER RE PERSONAL ATTENDANCE
                                             AT SETTLEMENT CONFERENCE**
13        v.
14   MISSION BAY HOUSING PARTNERS, et al.
15            Defendant(s).
16   _____/
17          Per the Notice of Settlement Conference and Settlement Conference Order dated August 9,
18   2010, a settlement conference in this matter is scheduled for **October 8, at 1:00 p.m.** before the
19   undersigned.  The individually-named police officer defendants, Officers Frost, Crosby, and
20   Bertrand, and Sergeants Espinoza, Galeano, and Gutierrez, are excused from personally attending
21   the October 8 settlement conference.  However, per the Court's August 9 order, the personal
22   representative attending the settlement conference on behalf of the aforementioned individual
23   defendants must have full authority on their behalf to make the final decision as to whether any
24   settlement offer is made, accepted, or rejected.
25          Plaintiff Jacqueline Johnson is required to personally attend the October 8 settlement
26   conference, per the Court's August 9 order.
27          IT IS SO ORDERED.
28

United States District Court

For the Northern District of California

1    Dated:  October 4, 2010

2

3    IT IS SO ORDERED

    Judge Donna M. Ryu

    DONNA M. RYU
    United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28