IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACQUELINE JOHNSON,

    Plaintiff,

  v.

MISSION BAY HOUSING PARTNERS, LP, et al.,

    Defendants.

No. C 09-05174 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On October 8, 2010, the parties in this case appeared before Magistrate Judge Ryu for a settlement conference. According to the record, the matter was settled. (*See* Docket No. 44.) The parties are HEREBY ORDERED to submit a joint status report to the Court by no later than December 10, 2010, advising the Court as to when they anticipate a dismissal to be filed.

**IT IS SO ORDERED.**

Dated: November 12, 2010

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE