IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>MISSION BAY HOUSING PARTNERS, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-05174 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On October 8, 2010, the parties appeared before Magistrate Judge Ryu for a settlement conference and reported the matter settled. The parties reported that Plaintiff expected to file a dismissal of the action by January 31, 2011.

The case management conference set for January 21, 2011, is hereby continued to February 18, 2011 at 1:30 p.m., in Courtroom 11.

**IT IS SO ORDERED.**

Dated: January 18, 2011

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE