1 | DENNIS J. HERRERA (CA SBN 139669)
City Attorney
2 | JOANNE HOEPER (CA SBN 114961)
Chief Trial Deputy
3 | WARREN METLITZKY (CA SBN 220758)
Warren.metlitzky@sfgov.org
4 | Deputy City Attorney
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone: 415.554-3916 (Metlitzky)
6 | Facsimile: 415.554.3837

7 | Attorneys for Defendants
POLICE OFFICER SEAN FROST #1507,
8 | POLICE OFFICER RYAN CROSBY #4164,
POLICE OFFICER LARRY BERTRAND #414,
9 | POLICE SGT. JOSHUA ESPINOZA #525,
POLICE SGT. EUGENE GALEANO #812,
10 | POLICE SGT. CARLOS GUTIERREZ #1509

11

12 | DEOK KEUN MATTHEW AHN (CA SBN 256644)
dahn@mofo.com
MORRISON & FOERSTER LLP
13 | 425 Market Street
San Francisco, California  94105-2482
14 | Telephone: 415.268.7000
Facsimile: 415.268.7522
15
Attorney for Plaintiff
16 | JACQUELINE JOHNSON

17
UNITED STATES DISTRICT COURT
18
NORTHERN DISTRICT OF CALIFORNIA
19

20
| JACQUELINE JOHNSON, | Case No.   09-cv-05174-JSW (DMR) |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| POLICE OFFICER SEAN FROST #1507, POLICE OFFICER RYAN CROSBY #4164, POLICE OFFICER LARRY BERTRAND #414, POLICE SGT. JOSHUA ESPINOZA #525, POLICE SGT. EUGENE GALEANO #812, POLICE SGT. CARLOS GUTIERREZ #1509, | |
| Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
CASE NO. 09-CV-05174-JSW (DMR)
sf-2949274

1

The parties, being all the parties in this action, through their respective undersigned counsel, STIPULATE pursuant to Fed. R. Civ. P. 41(a) that: (1) the action on behalf of plaintiff Jacqueline Johnson against Police Officer Sean Frost #1507, Police Officer Ryan Crosby #4164, Police Officer Larry Bertrand #414, Police Sgt. Joshua Espinoza #525, Police Sgt. Eugene Galeano #812, and Police Sgt. Carlos Gutierrez #1509 (collectively, "Defendants") is DISMISSED **with prejudice**, and (2) any claim for relief asserted in this action by Defendants against Jacqueline Johnson is DISMISSED **with prejudice**.  It is further STIPULATED that plaintiff and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: January 31, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
WARREN METLITZKY
Deputy City Attorney

By: /s/ *Warren Metlitzky*
    WARREN METLITZKY

Attorneys for Defendants
POLICE OFFICER SEAN FROST #1507, POLICE OFFICER RYAN CROSBY #4164, POLICE OFFICER LARRY BERTRAND #414, POLICE SGT. JOSHUA ESPINOZA #525, POLICE SGT. EUGENE GALEANO #812, AND POLICE SGT. CARLOS GUTIERREZ #1509

Dated: January 31, 2011

DEOK KEUN MATTHEW AHN
MORRISON & FOERSTER LLP

By: /s/ *Deok Keun Matthew Ahn*
    Deok Keun Matthew Ahn

Attorney for Plaintiff
JACQUELINE JOHNSON

**[~~PROPOSED~~] ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that: (1) the action on behalf of plaintiff Jacqueline Johnson against Police Officer Sean Frost #1507, Police Officer Ryan Crosby #4164, Police Officer Larry Bertrand #414, Police Sgt. Joshua Espinoza #525, Police Sgt. Eugene Galeano #812, and Police Sgt. Carlos Gutierrez #1509 (collectively, "Defendants") is DISMISSED **with prejudice**; (2) any claim for relief asserted in this action by Defendants against Jacqueline Johnson is DISMISSED **with prejudice;** and (3) plaintiff and defendants shall each bear their own costs and attorneys' fees.

The clerk is directed to close the file.

IT IS SO ORDERED.

Dated: February 1 _____, 2011

*[signature: Jeffrey S. White]*

THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Jian Bin (Ben) Gao, am the ECF User whose ID and password are being used to file this **Stipulation of Dismissal with Prejudice and Proposed Order**. In compliance with General Order 45, X.B., I hereby attest that each signatory to this document has concurred in its filing.

Dated: January 31, 2011                MORRISON & FOERSTER LLP

By:   /s/ *Jian Bin Gao*
      JIAN BIN (BEN) GAO
      MORRISON & FOERSTER LLP